# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

NOV 17 2010

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:10MJ779 |
| Ouadie El Hamzaoui | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 15, 2006__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1546(a) | Unlawfully and knowingly subscribed as true, under penalty of perjury (as permitted under 28 USC § 1746), a false statement with respect to a material fact in an application and document required by the immigration laws and the regulation prescribed thereunder, and knowingly presented such application and document which contained said false statement and which failed to contain any reasonable basis in law and fact |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Matthew E. Schmitt, DHS/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/17/10

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__

Honorable Theresa C. Buchanan, Magistrate Judge
*Printed name and title*