AO 470 (8/85) Order of Temporary Detention

# United States District Court

___EASTERN___ DISTRICT OF ___VIRGINIA___

F I L E D
NOV 24 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.

Ouadie El-Hamzaoui
_Defendant_

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 10mj779

Upon motion of the ___United States Attorney___, it is ORDERED that a detention hearing is set for ___11/30/10___* at ___2:00 pm___
     _Date_            _Time_

before ___The Honorable Thomas Rawles Jones, Jr., United States Magistrate Judge___
     _Name of Judicial Officer_

___United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314___
     _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                _Other Custodial Official_

Date: ___November 24, 2010___

/s/
John F. Anderson
United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.